**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JEB ERIC SIMPSON**                                                                   **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO.: 2:08-cv-19-SA-SAA**

**UNITED STATES OF AMERICA, et al.**                                    **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1)      The Plaintiff's Motion to Strike [24] is **DENIED**.

(2)      Defendant United States' Motion to Dismiss [17] is **DENIED**.

(3)      Defendant United States' Motion to Set Aside [19] is **GRANTED**.

(4)      Within twenty (20) days of the entry of this order, Plaintiff shall, in writing, either show the Court that he perfected service of process upon the Defendants within the time prescribed by Rule 4(m) or show good cause for his failure to do so.

(5)      Trial of this matter is hereby **CONTINUED** until further order of the Court.

**SO ORDERED** this the 5th day of February 2009.

                                                                     **/s/ Sharion Aycock**
                                                                     **UNITED STATES DISTRICT JUDGE**